UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>          *Plaintiff,*<br><br>v.<br><br>**COLUMBUS MCKINNON CORPORATION, KKR NORTH AMERICA FUND XI L.P., and KITO CROSBY LIMITED,**<br><br>          *Defendants.* | Case No. 1:26-cv-00266 |

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT KITO CROSBY LIMITED**

Certificate required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned counsel of record for Kito Crosby Limited ("Kito Crosby"), certify, to the best of my knowledge and belief, that there are no parent companies, subsidiaries, affiliates or companies that own at least 10% of the stock of Kito Crosby which have outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated:   February 2, 2026
         Washington, D.C.

Respectfully submitted,

*/s/ Abram J. Ellis*
Abram J. Ellis, DC Bar No. 497634
SIMPSON THACHER & BARTLETT LLP
900 G Street NW
Washington, DC 20001
Telephone: (202) 636-5579
Email: aellis@stblaw.com

Peter Guryan (*pro hac forthcoming*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone (212) 455-2750
Email: peter.guryan@stblaw.com

*Counsel for Defendants KKR North America Fund XI L.P. and Kito Crosby Limited.*